THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB ATKINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA STORES, INC., a foreign profit corporation doing business as WILLIAMS SONOMA, POTTERY BARN, POTTERY BARN KIDS, and WEST ELM; and DOES 1-20,<br><br>Defendant. | Case No. 2:23-cv-01764-BJR<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

## STIPULATION

Defendant Williams-Sonoma Stores, Inc., on the one hand, and Plaintiff Jacob Atkinson, on the other hand, hereby STIPULATE AND AGREE to extend the deadline for Defendant to answer or otherwise respond to the Complaint to December 15, 2023.

This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection.

STIPULATION AND ORDER TO EXTEND DEADLINES TO RESPOND TO PLAINTIFF'S COMPLAINT
(Case No. 2:23-cv-01764-BJR) – PAGE 1

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1  *IT IS SO STIPULATED.*

2  Dated this 27th day of November, 2023.

4  **EMERY | REDDY, PLLC**                **MORGAN, LEWIS & BOCKIUS LLP**

5  By: *s/ Patrick B. Reddy*               By: *s/ Damon C. Elder*
Timothy W. Emery, WSBA No. 34078          Damon C. Elder, WSBA No. 29413
6  Patrick B. Reddy, WSBA No. 34092       Claire M. Lesikar, WSBA No. 60406
Paul Cipriani, WSBA No. 59991             1301 Second Avenue, Suite 2800
7  600 Stewart Street, Suite 1100         Seattle, WA 98101
Seattle, WA 98101                         Phone: (206) 274-6400
8  Phone: (206) 442-9106                  Email: damon.elder@morganlewis.com
Email: emeryt@emeryreddy.com                     claire.lesikar@morganlewis.com
9  reddyp@emeryreddy.com
paul@emeryreddy.com                       *Attorneys for Defendant*

*Attorneys for Plaintiff*

STIPULATION AND ORDER TO EXTEND
DEADLINES TO RESPOND TO PLAINTIFF'S
COMPLAINT
(Case No. 2:23-cv-01764-BJR) – PAGE 2

# ORDER

IT IS SO ORDERED.

DATED: November 29, 2023.

_____
THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA No. 60406
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
　　　　claire.lesikar@morganlewis.com

*Attorneys for Defendant*

**EMERY | REDDY, PLLC**

By: *s/ Patrick B. Reddy*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
　　　　reddyp@emeryreddy.com
　　　　paul@emeryreddy.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER TO EXTEND DEADLINES TO RESPOND TO PLAINTIFF'S COMPLAINT
(Case No. 2:23-cv-01764-BJR) – PAGE 3

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401