THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB ATKINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA STORES, INC., a foreign profit corporation doing business as WILLIAMS SONOMA, POTTERY BARN, POTTERY BARN KIDS, and WEST ELM; and DOES 1-20,<br><br>Defendants. | Case No. 2:23-cv-01764-BJR<br><br>**DEFENDANT WILLIAMS-SONOMA STORES, INC., AND PLAINTIFF JACOB ATKINSON'S JOINT STIPULATION RE CASE DEADLINES** |

Defendant Williams-Sonoma Stores, Inc. has notified Plaintiff of its intention to move to dismiss the Complaint, and the parties wish to meet and confer regarding the substance of the motion, and to submit briefing, on a mutually agreeable schedule. Accordingly, the parties jointly STIPULATE AND AGREE to extend the deadline for Defendant to file its motion to dismiss or otherwise respond to the Complaint to January 25, 2024.

Additionally, for the sake of judicial economy, the parties jointly STIPULATE AND AGREE to request that the Court enter the following amended case deadlines:

FRCP 26(f) Conference Deadline: February 8, 2024

JOINT STIPULATION RE CASE DEADLINES
(Case No. 2:23-cv-01764-BJR) – PAGE 1

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

Initial Disclosures Deadline: February 28, 2024

Joint Status Report Deadline: March 6, 2024

This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection.

*IT IS SO STIPULATED.*

Dated this 14th day of December, 2023.

| | |
|---|---|
| **EMERY \| REDDY, PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Patrick B. Reddy* | By: *s/ Damon C. Elder* |
| Timothy W. Emery, WSBA No. 34078 | Damon C. Elder, WSBA No. 29413 |
| Patrick B. Reddy, WSBA No. 34092 | Claire M. Lesikar, WSBA No. 60406 |
| Paul Cipriani, WSBA No. 59991 | 1301 Second Avenue, Suite 2800 |
| 600 Stewart Street, Suite 1100 | Seattle, WA 98101 |
| Seattle, WA 98101 | Phone: (206) 274-6400 |
| Phone: (206) 442-9106 | Email: damon.elder@morganlewis.com |
| Email: emeryt@emeryreddy.com | claire.lesikar@morganlewis.com |
| reddyp@emeryreddy.com | |
| paul@emeryreddy.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

JOINT STIPULATION RE CASE DEADLINES
(Case No. 2:23-cv-01764-BJR) – PAGE 2

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

# ORDER

IT IS SO ORDERED.

DATED: December 15, 2023.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA No. 60406
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
        claire.lesikar@morganlewis.com

*Attorneys for Defendant*

**EMERY | REDDY, PLLC**

By: *s/ Patrick B. Reddy*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
        reddyp@emeryreddy.com
        paul@emeryreddy.com

*Attorneys for Plaintiff*

JOINT STIPULATION RE CASE DEADLINES
(Case No. 2:23-cv-01764-BJR) – PAGE 3

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401