THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB ATKINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA STORES, INC., a foreign profit corporation doing business as WILLIAMS SONOMA, POTTERY BARN, POTTERY BARN KIDS, and WEST ELM; and DOES 1-20,<br><br>Defendants. | Case No. 2:23-cv-01764-BJR<br><br>**DEFENDANT WILLIAMS-SONOMA STORES, INC. AND PLAINTIFF JACOB ATKINSON'S JOINT STIPULATION RE CASE DEADLINES AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff Jacob Atkinson and Defendant Williams-Sonoma Stores, Inc. are discussing the potential for early resolution of this case and need more time to do so before engaging in motion practice or formal discovery. Accordingly, the parties jointly STIPULATE AND AGREE to extend all currently pending deadlines by four weeks.

Specifically, for the sake of judicial economy, the parties jointly STIPULATE AND AGREE to request that the Court enter the following amended case deadlines:

Deadline to answer or otherwise respond to the Complaint: February 22, 2024

FRCP 26(f) Conference Deadline: March 7, 2024

JOINT STIPULATION RE CASE DEADLINES
(Case No. 2:23-cv-01764-BJR) – PAGE 1

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1      Initial Disclosure Deadline: March 21, 2024

2      Joint Status Report Deadline: March 28, 2024

3      This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection.

*IT IS SO STIPULATED*.

Dated this 23rd day of January, 2024.

| **EMERY \| REDDY, PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| By: *s/ Patrick B. Reddy* <br> Timothy W. Emery, WSBA No. 34078 <br> Patrick B. Reddy, WSBA No. 34092 <br> Paul Cipriani, WSBA No. 59991 <br> 600 Stewart Street, Suite 1100 <br> Seattle, WA 98101 <br> Phone: (206) 442-9106 <br> Email: emeryt@emeryreddy.com <br> reddyp@emeryreddy.com <br> paul@emeryreddy.com <br><br> *Attorneys for Plaintiff* | By: *s/ Damon C. Elder* <br> Damon C. Elder, WSBA No. 29413 <br> Claire M. Lesikar, WSBA No. 60406 <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Email: damon.elder@morganlewis.com <br>         claire.lesikar@morganlewis.com <br><br> *Attorneys for Defendant* |

JOINT STIPULATION RE CASE DEADLINES
(Case No. 2:23-cv-01764-BJR) – PAGE 2

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

**ORDER**

IT IS SO ORDERED.

DATED: January 24, 2024.

_____
THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA No. 60406
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
       claire.lesikar@morganlewis.com

*Attorneys for Defendant*

**EMERY | REDDY, PLLC**

By: *s/ Patrick B. Reddy*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
       reddyp@emeryreddy.com
       paul@emeryreddy.com

*Attorneys for Plaintiff*

JOINT STIPULATION RE CASE DEADLINES
(Case No. 2:23-cv-01764-BJR) – PAGE 3

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401