THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB ATKINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA STORES, INC., a foreign profit corporation doing business as WILLIAMS SONOMA, POTTERY BARN, POTTERY BARN KIDS, and WEST ELM; and DOES 1-20,<br><br>Defendants. | Case No. 2:23-cv-01764-BJR<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO PARTIALLY STAY PROCEEDINGS, INCLUDING DISCOVERY, PENDING MOTION TO DISMISS** |

Having fully considered Defendant Williams-Sonoma Stores, Inc.'s Motion to Partially Stay Proceedings, Including Discovery, the Pending Motion to Dismiss (the "Motion"), as well as the pleadings on file, the Court hereby GRANTS Defendant's Motion. Accordingly, until the Court issues its decision on Defendant's Motion to Dismiss [Dkt. No. 16], all other proceedings in this case are HEREBY STAYED. If the Court's decision on the Motion to Dismiss does not

ORDER GRANTING DEFENDANTS' MOTION TO STAY
(Case No. 2:23-cv-01764-BJR) - 1

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

completely resolve the case, the parties are instructed to submit a status report within 21 days after the Court's decision on the Motion to Dismiss, following a meet-and-confer, setting forth their positions on whether the stay should or should not be continued and an appropriate case schedule.

DATED this 25th day of March 2024.

*[signature]*

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA 60406
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
       claire.lesikar@morganlewis.com

*Attorneys for Defendant*
*Williams-Sonoma Stores, Inc.*

ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY
(Case No. 2:23-cv-01764-BJR) - 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401