The Honorable Barbara Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB ATKINSON, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>WILLIAMS-SONOMA STORES, INC., a foreign profit corporation doing business as WILLIAMS SONOMA, POTTERY BARN, POTTERY BARN KIDS, and WEST ELM; and DOES 1-20,<br><br>                      Defendant. | No. 2:23-cv-01764<br><br>PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Pursuant to FRCP 41(a)(1)(i), plaintiff Jacob Atkinson, by and through his attorneys, Timothy W. Emery, Patrick B. Reddy and Paul Cipriani of Emery Reddy, PLLC hereby dismisses all claims against Defendant Williams-Sonoma Stores, Inc., a foreign profit corporation doing business as Williams Sonoma, Pottery Barn, Pottery Barn Kids, and West Elm without prejudice and without an award of costs or attorney fees to either party.

///

///

///

PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 2:23-cv-01764

PAGE 1 OF 4

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

DATED this 26th day of March, 2024.

RESPECTFULLY SUBMITTED:

EMERY | REDDY, PLLC

By: */s/ Timothy W. Emery*
By: */s/ Patrick B. Reddy*
By: */s/ Paul Cipriani*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com
Attorneys for Plaintiff

## **ORDER**

Based on the above, the Court hereby ORDERS that this action against Williams-Sonoma Stores, Inc., a foreign profit corporation doing business as Williams Sonoma, Pottery Barn, Pottery Barn Kids, and West Elm is dismissed without prejudice and without an award of fees or costs to any party.

DATED this 27th day of <u>March</u>, 2024.

*[signature: Barbara J. Rothstein]*

UNITED STATES DISTRICT JUDGE
BARBARA ROTHSTEIN

PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 2:23-cv-01764

PAGE 2 OF 4

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

1

2  Presented by:

3  EMERY | REDDY, PLLC

4

5  By:*/s/ Timothy W. Emery*
   By:*/s/ Patrick B. Reddy*
6  By:*/s/ Paul Cipriani*
   Timothy W. Emery, WSBA No. 34078
7  Patrick B. Reddy, WSBA No. 34092
   Paul Cipriani, WSBA No. 59991
8  EMERY | REDDY, PLLC
   600 Stewart Street, Suite 1100
9  Seattle, WA 98101
   Phone: (206) 442-9106
10 Fax: (206) 441-9711
   emeryt@emeryreddy.com
11 reddyp@emeryreddy.com
   paul@emeryreddy.com
12 Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 2:23-cv-01764

PAGE 3 OF 4

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Damon C. Elder, WSBA #29413
Claire M. Lesikar, WSBA #60406
Morgan, Lewis & Bockius LLP
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 274-6400
Email: damon.elder@morganlewis.com
Email: claire.lesikar@morganlewis.com

          */s/ Jennifer Chong*
          Jennifer Chong, Legal Assistant

PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 2:23-cv-01764

PAGE 4 OF 4

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711